FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 - 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00355-PAB

DARWYNN L. BARWICK,

    Plaintiff,

v.

JEFFERY BEHNKE, D.P.O., No. 96003, and
MICHEAL MAY, D.P.O., No. 00045,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED July 28, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00355-PAB

Darwyn L. Barwick
1422 Valentia St., #C
Denver, CO 80220

US Marshal Service
Service Clerk
Service forms for: Jeffery Behnke and Michael May

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Jeffery Behnke and Michael May: AMENDED COMPLAINT FILED 07/20/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 1, 2011.

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                             Deputy Clerk