**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00355-PAB-KLM

DARWYNN L. BARWICK,

    Plaintiff,

v.

JEFFREY BEHNKE, D.P.O. No. 96003, and
MICHAEL MAY, D.P.O. No. 00045,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation (Doc. #64) of Judge Philip A. Brimmer entered on December 4, 2012 it is

    ORDERED that the defendants' motion for summary judgment is GRANTED (Doc. #54) and, accordingly, Plaintiff Darwynn L. Barwick recover nothing, the action is dismissed on the merits, and final judgment is entered in favor of Defendants Jeffery Behnke, D.P.O. No. 96003 and Michael May, D.P.O. No. 00045.

    DATED at Denver, Colorado this  5th  day of December, 2012.

                                                           FOR THE COURT:

                                                           JEFFREY P. COLWELL, CLERK

                                                           By: s/ Edward P. Butler
                                                           Edward P. Butler,
                                                           Deputy Clerk