**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00355-PAB-KLM

DARWYNN L. BARWICK,

      Plaintiff,

v.

JEFFERY BEHNKE, D.P.O. No. 96003, and
MICHEAL MAY, D.P.O. No. 00045,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 84] of Judge Philip A. Brimmer entered on May 28, 2013, it is

**ORDERED** that the Recommendation of Magistrate Judge [Docket No. 63] is **ACCEPTED**. It is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 54] is **GRANTED**. It is

**FURTHER ORDERED** that Plaintiff's Motion to Alter Judgement and Conclusions of Law and Direct a New Entry in Favor of Darwynn L. Barwick, etc.[Docket No. 75] is DENIED.

**ACCORDINGLY, FINAL JUDGMENT** is entered in favor of the defendants and against Plaintiffs recovers nothing and this case is closed in its entirety.

Dated at Denver, Colorado this 29th day of May, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk